**MEMO ENDORSED**

# SCHWARTZ PERRY & HELLER LLP

3 PARK AVENUE, 27TH FL. NEW YORK, NY 10016
T: 212.889.6565 | F: 212.779.8208 | SPHLEGAL.COM

February 12, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/13/2024

**Via ECF**

Magistrate Judge Katharine H. Parker
United States District Court
500 Pearl Street
New York, NY 10007

Re:   **Ming Zeng v. Ellenoff Grossman & Schole LLP, et al.**
      **1:23-cv-10348-JGLC-KHP**

Dear Judge Parker:

I represent the Plaintiff in the above-referenced matter. I write, with the consent of defense counsel, to respectfully request an adjournment of the Initial Case Management Conference presently scheduled for Tuesday, March 5, 2024 at 10:00 a.m. The reason for this request is that I have a previously scheduled oral argument in New York State Supreme Court, New York County, that same morning. This is the first request for an adjournment of this conference.

The parties have conferred and are available for the conference on March 8, 11, 25, 26, 27, 28 and 29, if any of those dates are acceptable to the Court.

I thank the Court for its consideration of this request.

Respectfully yours,

BRIAN HELLER

cc:   All counsel – via ECF

---

**APPLICATION GRANTED:** The Initial Conference set for 3/5/2024 at 10:00 AM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to **Monday, March 25, 2024 at 2:30 p.m.**

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.
02/13/2024