**PADUANO & WEINTRAUB LLP**
1251 AVENUE OF THE AMERICAS, NINTH FLOOR
NEW YORK, NEW YORK 10020
212-785-9100
www.pwlawyers.com

1901 AVENUE OF THE STARS
SUITE 1458
LOS ANGELES, CALIFORNIA 90067
310-622-9200

March 14, 2024

Via ECF

Magistrate Judge Katharine H. Parker
United States District Court, Southern District Of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Courtroom 17D
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/15/2024

**MEMO ENDORSED**

Re:   Zeng v. Ellenoff Grossman & Schole LLP et al.;
      Case No. 1:23-cv-10348-JGLC-KHP

Your Honor:

We represent defendants Ellenoff Grossman & Schole LLP and Douglas S. Ellenoff (collectively, "Defendants") in the above-referenced action. Pursuant to Your Honor's Individual Practices in Civil Cases, Defendants hereby submit this letter to request an adjournment of the Initial Case Management Conference and oral argument on the pending motions to remand and compel arbitration, currently scheduled for March 25, 2024 at 2:30 PM.

We request the adjournment due to travel for the undersigned. This is the second request in this matter to adjourn the Initial Case Management Conference, and the first by undersigned counsel. Counsel for Plaintiff, Brian Heller, Esq., has consented to this request. The parties are available on the following dates to reschedule the Conference: April 8, 11, and 17.

**APPLICATION GRANTED:** The Initial Case Management Conference/Oral Argument set for Monday, March 25, 2024 at 2:30 p.m in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to Tuesday, April 23, 2024 at 11:30 a.m.

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.    03/15/2024

Respectfully submitted,

/s/ Meredith Cavallaro

Meredith Cavallaro