# SCHWARTZ PERRY & HELLER LLP

3 PARK AVENUE, 27TH FL. NEW YORK, NY 10016
T: 212.889.6565 | F: 212.779.8208 | SPHLEGAL.COM

March 15, 2024

**MEMO ENDORSED**

**Via ECF**

Magistrate Judge Katharine H. Parker
United States District Court
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/17/2024

      Re:    **Ming Zeng v. Ellenoff Grossman & Schole LLP, et al.**
              **1:23-cv-10348-JGLC-KHP**

Dear Judge Parker:

    I represent the Plaintiff in the above-referenced matter. I write regarding the Court's Order of earlier today adjourning the Initial Case Management conference and oral argument to April 23, 2024. Unfortunately, that is the second day of Passover and I will not be in the office. Plaintiff, with the consent of defense counsel, respectfully requests that the conference be adjourned. The parties are available on April 29, May 6, 7, 8 and 9.

    I apologize for the multiple requests and thank the Court for its consideration of this request.

Respectfully yours,

*/s/ Brian Heller*
BRIAN HELLER

cc:    All counsel – via ECF

---

**APPLICATION GRANTED:** The Initial Case Management Conference/Oral Argument set for Tuesday, April 23, 2024 at 11:30 a.m. in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to Tuesday, May 7, 2024 at 11:30 a.m.

APPLICATION GRANTED

*/s/ Katharine H. Parker*
Hon. Katharine H. Parker, U.S.M.J.

03/17/2024