USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/10/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MING ZENG,

                        Plaintiff,

       -against-

ELLENOFF GROSSMAN & SCHOLE LLP,
et al.,

                        DefendantS.
-----------------------------------------------------------------X

23-CV-10348 (JGLC) (KHP)

**SCHEDULING ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      Today, this Court issued a Report and Recommendation recommending that the motion to compel arbitration be denied and the motion to remand be granted. Accordingly, the Initial Case Management Conference and Oral Argument previously scheduled for **Tuesday, May 7, 2024 at 11:30 a.m.** are **adjourned sine die**

      SO ORDERED.

DATED:    New York, New York
             April 10, 2024

                                                    _____
                                                    KATHARINE H. PARKER
                                                    United States Magistrate Judge